UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| We the people<br><br>RAMON QUIROZ, HELEN QUIROZ and JESSICA ANGEL QUIROZ,<br><br>                        Plaintiffs,<br><br>- against -<br><br>U.S. BANK NATIONAL ASSOCIATION as trustee: NEW CENTURY MORTGAGE CORP, HOMECOMINGS FINANCIAL; GMAC MORTGAGES, PRESIDENTS, OFFICIAL PARTNERS, and/or SHAREHOLDERS, INVESTORS, MORTGAGE BROKERS, APPRAISALS, STAFF OFFICERS, OFFICIALS and STEVEN J. BAUM, P.C.,<br><br>                        Defendants. | Case No.: 10 CV 2485 (KAM)(JMA) |

**CERTIFICATE OF SERVICE**

**ZEICHNER ELLMAN & KRAUSE LLP**
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 223-0400

| | |
|---|---|
| STATE OF NEW YORK,<br>COUNTY OF NEW YORK. | CERTIFICATE OF SERVICE<br>BY FIRST CLASS MAIL |

JOHN D. DELANEY, pursuant to 28 U.S.C. 1746, under the penalty of perjury, says: that I am over the age of eighteen years, am not a party herein, and reside in Jersey City, New Jersey, and that on the 21st day of June, 2011, I served the within:

**MEMORANDUM & ORDER**
**dated June 21, 2011**

upon the parties hereinafter named at the places hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrappers, into the exclusive care and custody of a U.S. Post office depository maintained and controlled by the U.S. Post Office for delivery by first class mail to said parties at their last known addresses given below:

Ramon Quiroz
89-37 Metropolitan Avenue
Rego Park, New York 11374

Helen Quiroz
89-37 Metropolitan Avenue
Rego Park, New York 11374

Jessica Angel Quiroz
89-37 Metropolitan Avenue
Rego Park, New York 11374

Steven J. Baum, P.C.
P.O. Box 1291
Buffalo, NY 14240-1291

Dated: June 21, 2011

_____
JOHN D. DELANEY

#626088v1/JD/10029.040