UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| We the people<br><br>RAMON QUIROZ, HELEN QUIROZ and<br>JESSICA ANGEL QUIROZ,<br><br>                    Plaintiffs,<br><br>       - against -<br><br>U.S. BANK NATIONAL ASSOCIATION as<br>trustee: NEW CENTURY MORTGAGE CORP,<br>HOMECOMINGS FINANCIAL; GMAC<br>MORTGAGES, PRESIDENTS, OFFICIAL<br>PARTNERS, and/or SHAREHOLDERS,<br>INVESTORS, MORTGAGE BROKERS,<br>APPRAISALS, STAFF OFFICERS, OFFICIALS<br>and STEVEN J. BAUM, P.C.,<br><br>                  Defendants. | Case No.: 10 CV 2485 (KAM)(JMA) |

**CERTIFICATE OF SERVICE**

**ZEICHNER ELLMAN & KRAUSE LLP**
575 Lexington Avenue
New York, New York 10022
Telephone:  (212) 223-0400

STATE OF NEW YORK,                                          CERTIFICATE OF SERVICE
COUNTY OF NEW YORK.                                          BY FIRST CLASS MAIL

      JOHN D. DELANEY, pursuant to 28 U.S.C. 1746, under the penalty of perjury, says:  that I am over the age of eighteen years, am not a party herein, and reside in Jersey City, New Jersey, and that on the 8th day of August, 2011, I served the within:

          **ORDER ADOPTING**
          **REPORT & RECOMMENDATION**
          **DATED AUGUST 5, 2011**

upon the parties hereinafter named at the places hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrappers, into the exclusive care and custody of a U.S. Post office depository maintained and controlled by the U.S. Post Office for delivery by first class mail to said parties at their last known addresses given below:

      Ramon Quiroz
      89-37 Metropolitan Avenue
      Rego Park, New York 11374

      Helen Quiroz
      89-37 Metropolitan Avenue
      Rego Park, New York 11374

      Jessica Angel Quiroz
      89-37 Metropolitan Avenue
      Rego Park, New York 11374

      Steven J. Baum, P.C.
      P.O. Box 1291
      Buffalo, NY 14240-1291

Dated: August 8, 2011

                                             JOHN D. DELANEY

#624965v1/JD/10029.040